IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Beasley, Alford C

Printed: 7/8/08

Case Number: 08 B 04969
Judge: Wedoff, Eugene R
Filed: 3/3/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 22, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 250.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 233.75 |
| Trustee Fee: |  | 16.25 |
| Other Funds: |  | 0.00 |
| Totals: | 250.00 | 250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 233.75 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Nuvell Credit Company LLC | Secured | 0.00 | 0.00 |
| 4. | CitiMortgage Inc | Secured | 2,346.00 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 7.90 | 0.00 |
| 6. | Donald L Newman & Associates | Unsecured | 710.25 | 0.00 |
| 7. | Stuart Allen & Associates | Unsecured | 710.25 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1,681.91 | 0.00 |
| 9. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 10. | PARC | Unsecured |  | No Claim Filed |
| 11. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 12. | Medical Collections | Unsecured |  | No Claim Filed |
| 13. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 14. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 15. | PARC | Unsecured |  | No Claim Filed |
| 16. | PARC | Unsecured |  | No Claim Filed |
| 17. | Pay Day Loan Co | Unsecured |  | No Claim Filed |
| 18. | Park Dansan | Unsecured |  | No Claim Filed |
| 19. | Zenith Acquisition | Unsecured |  | No Claim Filed |
|  |  |  | $ 8,937.81 | $ 233.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 16.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Beasley, Alford C

Printed:  7/8/08

Case Number:  08 B 04969
Judge:  Wedoff, Eugene R
Filed:  3/3/08

_____
$ 16.25

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

